# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 05-62067 |
| | § | |
| JAROSLAW ROZYCKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

---

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter <u>7</u> of the United States Bankruptcy Code on <u>10/16/2005</u>. The undersigned trustee was appointed on <u>10/16/2005</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been  reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $20,286.54

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | $49.11 |
| Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Leaving a balance on hand of | $20,237.43 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was <u>07/25/2006</u>.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,778.65.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests a sum of $2,778.65 for a total compensation of $2,778.65. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/20/2009           By: /s/Horace Fox, Jr.
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   1        Exhibit A

| | |
|---|---|
| Case No.: 05-62067 | Trustee Name: Horace Fox, Jr. |
| Case Name: ROZYCKI, JAROSLAW | Date Filed (f) or Converted (c): 10/16/2005 (f) |
| For the Period Ending: 5/20/2009 | §341(a) Meeting Date: 02/21/2006 |
| | Claims Bar Date: 07/25/2006 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | residence  1915 S. Washington Park Ridge IL 60068 | $800,000.00 | $0.00 | DA | $10,000.00 | FA |
| Asset Notes: | residence valued at $800,000. with liens of $648,000. and IRS and ILDR in excess of $194,000.  Residence is jointly owned. | | | | | |
| 2 | cash | $250.00 | $0.00 | DA | $0.00 | FA |
| 3 | deposits | $100.00 | $0.00 | DA | $0.00 | FA |
| 4 | Household Goods | $2,000.00 | $350.00 | DA | $0.00 | FA |
| 5 | b ooks | $200.00 | $0.00 | DA | $0.00 | FA |
| 6 | clothing | $250.00 | $0.00 | DA | $0.00 | FA |
| 7 | stock Jeremy Construction, Inc. | Unknown | $0.00 | DA | $0.00 | FA |
| 8 | stock in Contruction Estimating Data | $500.00 | $500.00 | DA | $0.00 | FA |
| 9 | 1996 Chevy Corsica | $500.00 | $0.00 | DA | $0.00 | FA |
| 10 | tools | $700.00 | $0.00 | DA | $0.00 | FA |
| 11 | condominium at U>. Botaniczna 10/7 31503 Warsaw, P **(u)** | $50,000.00 | $50,000.00 | DA | $10,000.00 | FA |
| Asset Notes: | Debtor testified to the existence of the condo and later amended schedules to reflect it. | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 13 | mechanic's lien McDarrah v. Jeremy Rozycki and Eve **(u)** | $30,000.00 | $0.00 | DA | | FA |
| Asset Notes: | Amended schedule added 30,0000.00 mechanic's lien McDarrah v. Jeremy Rozycki and Eve Lipczynski. Debtor is not plaintiff therefore I value this claim at zero. | | | | | |
| INT | Interest Asset | Unknown | Unknown | | $286.54 | FA |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

| $884,500.00 | $50,850.00 | | $20,286.54 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

Sold estate's interest in residence to spouse of debtor for $10,000.00 and am negotiating to sell estates interest in a Krakow Poland condominium. Hire attorney.  Sold estate's interest in the Krakow Poland property to debtor's spouse for 10,000.00.   Hire accountant.  Accountant hired, examine claims.

Object to or ask Thomas Moss, attorney to withdraw one of two duplicate $50.00 claims.

Object to claim 4 as dup of 5 and 10 as dup of 11. Ask atty to withdraw duplicative claims.  Need fees BDM.  Examine claims.  No taxes needed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    2                Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 05-62067 | |
| **Case Name:** | ROZYCKI, JAROSLAW | |
| **For the Period Ending:** | 5/20/2009 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 10/16/2005 (f) |
| **§341(a) Meeting Date:** | 02/21/2006 |
| **Claims Bar Date:** | 07/25/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    06/30/2007        **Current Projected Date Of Final Report (TFR):**    07/30/2009

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******7370 | | Money Market Acct #: | ******8291 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2006 | (1) | ATTY THOMAS J. KARACIC | sale of est. r/e int. to spouse/dtr | 1110-000 | $10,000.00 | | $10,000.00 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.00 | | $10,003.00 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.22 | | $10,011.22 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.51 | | $10,019.73 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.24 | | $10,027.97 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.51 | | $10,036.48 |
| 01/19/2007 | (11) | BRUCE DE"MEDICI | check for Krakow Poland condominium | 1210-000 | $10,000.00 | | $20,036.48 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.98 | | $20,047.46 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.38 | | $20,062.84 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.03 | | $20,079.87 |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $15.93 | $20,063.94 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.51 | | $20,080.45 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.05 | | $20,097.50 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.52 | | $20,114.02 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.08 | | $20,131.10 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.10 | | $20,148.20 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $12.83 | | $20,161.03 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $12.85 | | $20,173.88 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.51 | | $20,176.39 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $20,176.39 | $0.00 |
| | | | | **SUBTOTALS** | $20,192.32 | $20,192.32 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******7370 | | Money Market Acct #: | ******8291 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $20,192.32 | $20,192.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $20,176.39 | |
| | | | Subtotal | | $20,192.32 | $15.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,192.32 | $15.93 | |

| For the period of 10/16/2005 to 5/20/2009 | | For the entire history of the account between 08/16/2006 to 5/20/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,192.32 | Total Compensable Receipts: | $20,192.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,192.32 | Total Comp/Non Comp Receipts: | $20,192.32 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15.93 | Total Compensable Disbursements: | $15.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.93 | Total Comp/Non Comp Disbursements: | $15.93 |
| Total Internal/Transfer Disbursements: | $20,176.39 | Total Internal/Transfer Disbursements: | $20,176.39 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 05-62067 | |
| Case Name: | ROZYCKI, JAROSLAW | |
| Primary Taxpayer ID #: | ******7370 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/16/2005 | |
| For Period Ending: | 5/20/2009 | |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Checking Acct #: | ******2067 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # 8117052067 | Transfer For Bond Payment | 9999-000 | $18.48 | | $18.48 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $18.48 | $0.00 |
| 04/02/2009 | | Transfer From MMA # 8117052067 | Transfer For Bond Payment | 9999-000 | $14.70 | | $14.70 |
| 04/02/2009 | | Transfer From MMA # 8117052067 | Transfer For Bond Payment | 9999-000 | $14.70 | | $29.40 |
| 04/02/2009 | | Transfer To Acct#8117052067 | | 9999-000 | | $14.70 | $14.70 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.70 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($14.70) | $14.70 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.70 | $0.00 |
| 05/20/2009 | | Transfer From: MMA # 8117052067 | Transfer to Close Account | 9999-000 | $20,237.96 | | $20,237.96 |
| 05/20/2009 | | Transfer To Acct#8117052067 | | 9999-000 | | $0.53 | $20,237.43 |

| | | | |
|---|---|---|---|
| TOTALS: | $20,285.84 | $48.41 | $20,237.43 |
| Less: Bank transfers/CDs | $20,285.84 | $15.23 | |
| Subtotal | $0.00 | $33.18 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $33.18 | |

| For the period of 10/16/2005 to 5/20/2009 | | For the entire history of the account between 03/31/2008 to 5/20/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,285.84 | Total Internal/Transfer Receipts: | $20,285.84 |
| | | | |
| Total Compensable Disbursements: | $33.18 | Total Compensable Disbursements: | $33.18 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33.18 | Total Comp/Non Comp Disbursements: | $33.18 |
| Total Internal/Transfer Disbursements: | $15.23 | Total Internal/Transfer Disbursements: | $15.23 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | | Money Market Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $20,176.39 | | $20,176.39 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $7.63 | | $20,184.02 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $10.29 | | $20,194.31 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $9.77 | | $20,204.08 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $8.00 | | $20,212.08 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $7.84 | | $20,219.92 |
| 04/02/2008 | | Transfer To # 7117052067 | Transfer For Bond Payment | 9999-000 | | $18.48 | $20,201.44 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.62 | | $20,208.06 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $6.85 | | $20,214.91 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.63 | | $20,221.54 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.35 | | $20,227.89 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.14 | | $20,233.03 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.98 | | $20,238.01 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.93 | | $20,241.94 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.60 | | $20,244.54 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.16 | | $20,246.70 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.72 | | $20,248.42 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $20,249.97 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.33 | | $20,251.30 |
| 04/02/2009 | | Transfer From  Acct#7117052067 | | 9999-000 | $14.70 | | $20,266.00 |
| 04/02/2009 | | Transfer To # 7117052067 | Transfer For Bond Payment | 9999-000 | | $14.70 | $20,251.30 |
| 04/02/2009 | | Transfer To # 7117052067 | Transfer For Bond Payment | 9999-000 | | $14.70 | $20,236.60 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,237.43 |
| 05/20/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 5/20/2009 | 1270-000 | $0.53 | | $20,237.96 |
| 05/20/2009 | | Transfer From  Acct#7117052067 | | 9999-000 | $0.53 | | $20,238.49 |
| 05/20/2009 | | DEP REVERSE: STERLING BANK | | 1270-000 | ($0.53) | | $20,237.96 |
| 05/20/2009 | | Transfer To: # 7117052067 | Transfer to Close Account | 9999-000 | | $20,237.96 | $0.00 |
| | | | **SUBTOTALS** | | $20,285.84 | $20,285.84 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 05-62067 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | ROZYCKI, JAROSLAW | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******7370 | | **Money Market Acct #:** | ******2067 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 10/16/2005 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/20/2009 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $20,285.84 | $20,285.84 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $20,191.62 | $20,285.84 | |
| | | | **Subtotal** | | $94.22 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $94.22 | $0.00 | |

| **For the period of 10/16/2005 to 5/20/2009** | | **For the entire history of the account between 11/08/2007 to 5/20/2009** | |
|---|---|---|---|
| Total Compensable Receipts: | $94.22 | Total Compensable Receipts: | $94.22 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $94.22 | Total Comp/Non Comp Receipts: | $94.22 |
| Total Internal/Transfer Receipts: | $20,191.62 | Total Internal/Transfer Receipts: | $20,191.62 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $20,285.84 | Total Internal/Transfer Disbursements: | $20,285.84 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ROZYCKI, JAROSLAW | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | | | Money Market Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 10/16/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/20/2009 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $20,286.54 | $49.11 | $20,237.43 |

| **For the period of 10/16/2005 to 5/20/2009** | | **For the entire history of the case between 10/16/2005 to 5/20/2009** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,286.54 | Total Compensable Receipts: | $20,286.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,286.54 | Total Comp/Non Comp Receipts: | $20,286.54 |
| Total Internal/Transfer Receipts: | $40,477.46 | Total Internal/Transfer Receipts: | $40,477.46 |
| | | | |
| Total Compensable Disbursements: | $49.11 | Total Compensable Disbursements: | $49.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49.11 | Total Comp/Non Comp Disbursements: | $49.11 |
| Total Internal/Transfer Disbursements: | $40,477.46 | Total Internal/Transfer Disbursements: | $40,477.46 |

CLAIM ANALYSIS REPORT

| Case No.: | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Date: | 5/20/2009 |
| Claims Bar Date: | 07/25/2006 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 01/16/2008 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,778.65 | $2,778.65 | $0.00 | $0.00 | $0.00 | $2,778.65 |
| | MANDELL MENKES LLC 150 N. Michigan# 3300 Chicago IL 60601 | 11/24/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| | LAW OFFICES OF BRUCE DE 'MEDICI 150 N. Michigan Ave., #3300 Chicago IL 60601 | 04/02/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| | SMITH AMUNDSEN LLC 150 N. Michigan Ave., # 3300 Chicago IL 60601 | 04/02/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $992.50 | $992.50 | $0.00 | $0.00 | $0.00 | $992.50 |
| | MANDELL MENKES LLC 333 W. Wacker Drive, Suite 300 Chicago IL 60606 | 05/14/2009 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $32.00 | $32.00 | $0.00 | $0.00 | $0.00 | $32.00 |
| | POPOWCER KATTEN, LTD. 35 E. Wacker, #1550 Chicago IL 60601-2207 | 05/14/2009 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,247.00 | $1,247.00 | $0.00 | $0.00 | $0.00 | $1,247.00 |
| 1 | LUTHERAN GENERAL HOSPITAL James T Gately 3101 W 95th Street Evergreen Park IL 60805 | 12/01/2005 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,052.91 | $5,052.91 | $0.00 | $0.00 | $0.00 | $5,052.91 |
| 2 | KAMERLINK STARK MCCORMACK & POWERS Attn Lydia Gross & Jonathan Merel 221 N LaSalle St Ste 1800 Chicago IL 60601 | 04/26/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,073.75 | $6,073.75 | $0.00 | $0.00 | $0.00 | $6,073.75 |

CLAIM ANALYSIS REPORT

Page No: 2   Exhibit C

| | |
|---|---|
| Case No. | 05-62067 |
| Case Name: | ROZYCKI, JAROSLAW |
| Claims Bar Date: | 07/25/2006 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date: | 5/20/2009 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PATERKIEWICZ, ZENON<br><br>3107 N Monticello Ave<br>Chicago IL 60618 | 05/16/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,000,000.00 | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 |

**Claim Notes:** Objected to and is allowed soley as an unsecured, non-priority claim.  See Order dated 2.5.08.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | INDIANA CARPENTERS APPRENTICESHIP FUND AND<br>Journeyman Upgrade Program<br>c/o Paul T. Berkowitz & Associates<br>123 West Madison - SUite 600<br>Chicago IL 60602 | 07/25/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $450.75 | $450.75 | $0.00 | $0.00 | $0.00 | $450.75 |
| 5 | INDIANA CARPENTERS APPRENTICESHIP FUND AND<br>Journeyman Upgrade Program<br>c/o Paul T. Berkowitz & Associates<br>123 West Madison - SUite 600<br>Chicago IL 60602 | 07/25/2006 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $450.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** 5 and amended 5 objected to  and no distribuition shall be made on account of either claim

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | INDIANA REGIONAL COUNCI OF CARPENTERS ANNUITY FUND<br>c/o Paul T. Berkowitz & Associates, Ltd.<br>123 WEst Madison - Suite 600<br>Chicago IL 60602 | 07/25/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,431.50 | $2,431.50 | $0.00 | $0.00 | $0.00 | $2,431.50 |
| 7 | INDIANA REGIONAL COUNCIL OF CARPENTERS PENSION TRU<br>c/o Paul T. Berkowitz & Associates,<br>123 West Madison - Suite 600<br>Chicago IL 60602 | 07/25/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,635.26 | $7,635.26 | $0.00 | $0.00 | $0.00 | $7,635.26 |

CLAIM ANALYSIS REPORT                    Page No:  3                Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 05-62067 | | | | | | | **Trustee Name:** | Horace Fox, Jr. | | |
| **Case Name:** | ROZYCKI, JAROSLAW | | | | | | | **Date:** | 5/20/2009 | | |
| **Claims Bar Date:** | 07/25/2006 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | INDIANA CARPENTERS WELFARE FUND<br>c/o Paul T. Berkowitz & associates<br>123 West Madison - Suite 600<br>Chicago IL 60602 | 07/25/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,005.30 | $4,005.30 | $0.00 | $0.00 | $0.00 | $4,005.30 |
| 9 | INDIANA REGIONAL COUNCIL OF CARPENTERS<br>c/o Paul T. Berkowitz & Associates<br>123 West Madison - SUite 600<br>Chicago IL 60602 | 07/25/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,417.50 | $1,417.50 | $0.00 | $0.00 | $0.00 | $1,417.50 |
| 10 | CARPENTERS & JOINERS OF AMERICA NATIONAL APPRENTIC<br>c/o Paul T. Berkowitz<br>123 West Madison - suite 600<br>Chicago IL 60602 | 07/26/2006 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $18.03 | $18.03 | $0.00 | $0.00 | $0.00 | $18.03 |
| **Claim Notes:** | late filed claim | | | | | | | | | | | |
| 11 | CARPENTERS NATIONAL HEALTH & SAFETY FUND<br>c/o Paul T. Berkowitz & Associates<br>123 WEst Madison - Suite 600<br>Chicago IL 60602 | 07/26/2006 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $18.03 | $18.03 | $0.00 | $0.00 | $0.00 | $18.03 |
| | | | | | | | $1,038,603.93 | $1,038,153.18 | $0.00 | $0.00 | $0.00 | $1,038,153.18 |

| | | |
|---|---|---|
| **Case No.** | 05-62067 | |
| **Case Name:** | ROZYCKI, JAROSLAW | |
| **Claims Bar Date:** | 07/25/2006 | |

| | | |
|---|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date:** | 5/20/2009 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,247.00 | $1,247.00 | $0.00 | $0.00 | $0.00 | $1,247.00 |
| Attorney for Trustee Expenses (Other Firm) | $32.00 | $32.00 | $0.00 | $0.00 | $0.00 | $32.00 |
| Attorney for Trustee Fees (Other Firm) | $6,992.50 | $6,992.50 | $0.00 | $0.00 | $0.00 | $6,992.50 |
| General Unsecured 726(a)(2) | $1,027,517.72 | $1,027,066.97 | $0.00 | $0.00 | $0.00 | $1,027,066.97 |
| Tardy General Unsecured 726(a)(3) | $36.06 | $36.06 | $0.00 | $0.00 | $0.00 | $36.06 |
| Trustee Compensation | $2,778.65 | $2,778.65 | $0.00 | $0.00 | $0.00 | $2,778.65 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 05-62067
Case Name: ROZYCKI, JAROSLAW
Trustee Name: Horace Fox, Jr.

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee, Horace Fox, Jr. | $2,778.65 | $0.00 |
| Attorney for Trustee, Law offices of Bruce de 'Medici | $3,000.00 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $1,247.00 | $0.00 |
| Other Attorney for Trustee, Mandell Menkes LLC | $3,000.00 | $32.00 |
| Other Attorney for Trustee, Smith Amundsen LLC | $992.50 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,027,066.97 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount | Proposed Amount |
|---|---|---|---|
| 1 | Lutheran General Hospital | $5,052.91 | $45.20 |

| | | | |
|---:|---|---:|---:|
| 2 | Kamerlink Stark McCormack & Powers | $6,073.75 | $54.33 |
| 3 | Paterkiewicz, Zenon | $1,000,000.00 | $8,945.16 |
| 4 | Indiana Carpenters APprenticeship FUnd and | $450.75 | $4.03 |
| 6 | Indiana Regional Counci of Carpenters Annuity FUnd | $2,431.50 | $21.75 |
| 7 | Indiana Regional Council of Carpenters PEnsion Tru | $7,635.26 | $68.30 |
| 8 | Indiana Carpenters Welfare Fund | $4,005.30 | $35.83 |
| 9 | Indiana Regional Council of Carpenters | $1,417.50 | $12.68 |

Late filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount | Proposed Amount |
|---:|---|---:|---:|
| 10 | Carpenters & Joiners of AMerica National Apprentic | $18.03 | $0.00 |
| 11 | Carpenters National Health & Safety Fund | $18.03 | $0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows: NONE