# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-62067 |
| | § | |
| JAROSLAW ROZYCKI | § | |
| | § | |
| | § | |
| Debtor | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 9/23/2009, in Courtroom 744, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/21/2009                 By:   /s/ Horace Fox, Jr.
                                                    (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| In re: | § | Case No. 05-62067 |
|---|---|---|
| | § | |
| JAROSLAW ROZYCKI | § | |
| | § | |
| | § | |
| Debtor | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $20,286.54
*and approved disbursements of*     $7,549.11
*leaving a balance on hand of[1]:*     $12,737.43

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox, Jr. | $2,028.65 | $0.00 |
| Attorney for Trustee, Law offices of Bruce de 'Medici | $3,000.00 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $1,247.00 | $0.00 |
| Other Attorney for Trustee, Mandell Menkes LLC | $3,000.00 | $32.00 |
| Other Attorney for Trustee, Smith Amundsen LLC | $992.50 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,027,066.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | Lutheran General Hospital | $5,052.91 | $12.00 |
| 2 | Kamerlink Stark McCormack & Powers | $6,073.75 | $14.41 |
| 3 | Paterkiewicz, Zenon | $1,000,000.00 | $2,373.05 |
| 4 | Indiana Carpenters APprenticeship FUnd and | $450.75 | $1.07 |
| 6 | Indiana Regional Counci of Carpenters Annuity FUnd | $2,431.50 | $5.77 |
| 7 | Indiana Regional Council of Carpenters PEnsion Tru | $7,635.26 | $18.12 |
| 8 | Indiana Carpenters Welfare Fund | $4,005.30 | $9.50 |
| 9 | Indiana Regional Council of Carpenters | $1,417.50 | $3.36 |

Tardily filed claims of general (unsecured) creditors totaling $36.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 10 | Carpenters & Joiners of AMerica National Apprentic | $18.03 | $0.00 |
| 11 | Carpenters National Health & Safety | $18.03 | $0.00 |

**UST-Form 101-7-NFR (9/1/2009)**

|  | Fund |  |  |
|--|------|--|--|

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

                        Prepared By:  /s/ Horace Fox, Jr.
                                         Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**