UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-62067 |
| | § | |
| JAROSLAW ROZYCKI | § | |
| | § | |
| | § | |
| Debtor | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 9/23/2009, in Courtroom 744, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    08/19/2009                By:    /s/ Horace Fox, Jr.
                                                    (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST-Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| In re: | § | Case No. 05-62067 |
|---|---|---|
|  | § |  |
| JAROSLAW ROZYCKI | § |  |
|  | § |  |
|  | § |  |
| Debtor | § |  |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $20,286.54 |
| *and approved disbursements of* | $7,549.11 |
| *leaving a balance on hand of[1]:* | $12,737.43 |

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox, Jr. | $2,028.65 | $0.00 |
| Attorney for Trustee, Law offices of Bruce de 'Medici | $3,000.00 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $1,247.00 | $0.00 |
| Other Attorney for Trustee, Mandell Menkes LLC | $3,000.00 | $32.00 |
| Other Attorney for Trustee, Smith Amundsen LLC | $992.50 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

UST-Form 101-7-NFR (9/1/2009)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,027,066.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | Lutheran General Hospital | $5,052.91 | $12.00 |
| 2 | Kamerlink Stark McCormack & Powers | $6,073.75 | $14.41 |
| 3 | Paterkiewicz, Zenon | $1,000,000.00 | $2,373.05 |
| 4 | Indiana Carpenters APprenticeship FUnd and | $450.75 | $1.07 |
| 6 | Indiana Regional Counci of Carpenters Annuity FUnd | $2,431.50 | $5.77 |
| 7 | Indiana Regional Council of Carpenters PEnsion Tru | $7,635.26 | $18.12 |
| 8 | Indiana Carpenters Welfare Fund | $4,005.30 | $9.50 |
| 9 | Indiana Regional Council of Carpenters | $1,417.50 | $3.36 |

Tardily filed claims of general (unsecured) creditors totaling $36.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 10 | Carpenters & Joiners of AMerica National Apprentic | $18.03 | $0.00 |
| 11 | Carpenters National Health & Safety | $18.03 | $0.00 |

**UST-Form 101-7-NFR (9/1/2009)**

|  | Fund |  |  |
|---|---|---|---|

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:   /s/ Horace Fox, Jr.
                  Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales              Page 1 of 2                    Date Rcvd: Aug 19, 2009
Case: 05-62067                 Form ID: pdf006              Total Noticed: 50

The following entities were noticed by first class mail on Aug 21, 2009.
db           Jaroslaw Rozycki,    PO Box 283,    Park Ridge, IL 60068-0283
aty         +Bruce E de’Medici,    333 W. Wacker Drive,    #300,    Chicago, IL 60606-1252
aty         +Ean L Kryska,    SmithAmundsen LLC,    150 N Michigan Ave Suite 3300,    Chicago, IL 60601-6004
aty         +Mandell Menkes LLC,    333 West Wacker Drive,    Suite 300,    Chicago, IL 60606-1252
aty         +Mitchell A Cohen,    7749 N Milwaukee Ave,    Niles, IL 60714-4733
aty         +Patrick G. Somers,    Mandell Menkes LLC,    333 W. Wacker Drive,    Chicago, IL 60606-1220
aty         +William A Karnezis,    William A Karnezis & Associates,    3838 W Irving Park Road,
              Chicago, IL 60618-3122
10388442    +ADVOCATE HEALTH CARE,    C/O LUTHERAN GENERAL HOSPITAL,    1775 DEMPSTER,
              PARK RIDGE, IL 60068-1143
10388443     ASSOCIATED RADIOLOGISTS, LTD,    515 BUSSE HWY STE 150,    PARK RIDGE, IL 60068-3155
10388444     CITY OF CHICAGO , A MUNICIPAL CORPORATIO,    C/O Lenard Marcus Linebarger Goggan Blai,
              233 S Wacker Dr Ste 4030,    Chicago, IL 60606-6379
10388445     CITY OF PARK RIDGE,    PO BOX 4793,    CAROL STREAM, IL 60197-4793
10388446     COMCAST,    PO BOX 4200,    BROWNSVILLE, TX 78523-4200
10835337    +Carpenters & Joiners of AMerica National Apprentic,     c/o Paul T. Berkowitz,
              123 West Madison - suite 600,    Chicago, Illinois 60602-4625
10835350    +Carpenters National Health & Safety Fund,     c/o Paul T. Berkowitz & Associates,
              123 WEst Madison - Suite 600,    Chicago, Illinois 60602-4625
10835723    +Carpenters national APprentice Fund,    c/o Paul T. Berkowitz & Associates, Ltd.,
              123 West madison - Suite 600,    Chicago, Illinois 60602-4625
10600388    +Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
10388448     DEPARTMENT OF TREASURE - IRS,    ILLINOIS DEPARTMENT OF REVENUE,    PO BOX 19044,
              SPRINGFIELD, IL 62794-9044
10388449     DOHERTY CONSTRUCTION, INC,    C/O MCNISH, KNABE & KRONING,    20 S CLARK ST STE 2301,
              CHICAGO, IL 60603-1805
10388450     DR. MALGORZATA KLEMPKA,    5931 W LAWRENCE AVE,    CHICAGO, IL 60630-3129
10388451     EWA LIPCZYNSKI,    1915 S WASHINGTON AVE,    PARK RIDGE, IL 60068-5483
10388452     FAIRBANKS CAPITAL CORP,    C/O SHAPIRO & KREISMAN, LLC,    4201 LAKE COOK RD,
              NORTHBROOK, IL 60062-1060
10388455     ILLINOIS DEPARTMENT OF LABOR,    C/O NOAH WEININGER ASSIST. ATTNY GEN,
              100 W RANDOLPH ST STE 13TH,    CHICAGO, IL 60601-3397
10388453     ILLINOIS DEPARTMENT OF LABOR,    C/O NOAH WEININGER ASSIST.ATTORNEY,    100 W RANDOLPH ST STE 13TH,
              CHICAGO, IL 60601-3397
10388454     ILLINOIS DEPARTMENT OF LABOR,    160 N LASALLE ST 13TH FL,    CHICAGO, IL 60601-3103
10835300    +Indiana Carpenters APprenticeship FUnd and,    Journeyman Upgrade Program,
              c/o Paul T. Berkowitz & Associates,    123 West Madison - SUite 600,
              Chicago, Illinois 60602-4625
10835352    +Indiana Carpenters Welfare Fund,    c/o Paul T. Berkowitz & associates,
              123 West Madison - Suite 600,    Chicago, Illinois 60602-4625
10388456     Indiana Reg.Council Of Carpenters Pentio,    C/OPAUL BERKOWITZ &ASSOC.,    123 W Madison St Ste 600,
              Chicago, IL 60602-4625
10835737    +Indiana Regional Carpenters Welfare Fund,     c/o Paul T> Berkowitz & Associates,,
              123 West Madison - suite 600,    Chicago, illinois 60602-4625
10835355    +Indiana Regional Counci of Carpenters Annuity FUnd,     c/o Paul T. Berkowitz & Associates, Ltd.,
              123 WEst Madison - Suite 600,    Chicago, Illinois 60602-4625
10835283    +Indiana Regional Council of Carpenters,    c/o Paul T. Berkowitz & Associates,
              123 West Madison - SUite 600,    Chicago, Illinois 60602-4625
10835301    +Indiana Regional Council of Carpenters PEnsion Tru,     c/o Paul T. Berkowitz & Associates,,
              123 West Madison - Suite 600,    Chicago, Illinois 60602-4625
10388457     JEREMY CONSTRUCTION INC,    4425 W MONTROSE AVE,    CHICAGO, IL 60641-2058
10600389    +Kamerlink Stark McCormack & Powers,    Attn Lydia Gross & Jonathan Merel,
              221 N LaSalle St Ste 1800,    Chicago, IL 60601-1406
10388458    +LAW OFFICES OF JAMES GATELY,    3101 W 95TH ST,    EVERGREEN PARK, IL 60805-2407
10388441     Law Offices Of William A Karnezis,    3838 W Irving Park Road,    Chicago, IL 60618-3122
10497274    +Lutheran General Hospital,    James T Gately,    3101 W 95th Street,
              Evergreen Park, IL 60805-2407
10388459     MIDWEST DIAGNOSTIC PATHOLOGY,    75 REMITTANCE DR DEPT 3070,    CHICAGO, IL 60675-3070
10600395     McDarrah, Thomas E,    c/o Maher James III,    7557 W Touhy #206,    Chicago, IL 60631
10600391    +Nowak, Czeslaw,    3107 N Monticello Ave,    Chicago, IL 60618-6613
10600392    +Oakton Community College,    4839 N Elston,    Chicago, IL 60630-2534
10600393    +Paterkiewicz, Zenon,    3107 N Monticello Ave,    Chicago, IL 60618-6613
10388440     ROZYCKI JAROSLAW,    1915 S Washington Ave,    Park Ridge, IL 60068-5483
10388460     SELECT PORTFOLIO SERVICING, INC,    PO BOX 551170,    JACKSONVILLE, FL 32255-1170
10600394    +Stahl Cowen Crowley LLC,    Attn Tom Karacic & Ron Damashek,    55 W Monroe Ste 500,
              Chicago, IL 60603-5151
10833098    +Thomas Mc Darrah,    c/o James Maher,    7257 West Touhy #206,    Chicago Illinois 60631-4329
10835719    +United Brotherhood of Carpenters National Apprenti,     c/o paul t. berkowitz,
              123 West Madison - Suite 600,    Chicago, Illinois 60602-4625
10388461     WASHINGTON MUTUAL,    PO BOX 44135,    JACKSONVILLE, FL 32231-4135

The following entities were noticed by electronic transmission on Aug 20, 2009.
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                                Horace Fox, JR,    Lehman & Fox,
              6 E Monroe St,    Chicago, IL 60603-2704
10388447    +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            COMED,
              BILL PAYMENT CENTER,    Chicago, IL 60668-0001
10600390    +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    PO Box 549,
              Aurora, IL 60507-0549
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

```
District/off: 0752-1          User: ccabrales          Page 2 of 2               Date Rcvd: Aug 19, 2009
Case: 05-62067                Form ID: pdf006          Total Noticed: 50

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2009**                        **Signature:**        *Joseph Speetjens*