# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-62067 |
| | ) | |
| Jaroslaw Rozycki | ) | Chapter 7 |
|    Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | | Hearing Date: 12/30/09 |
| | |           At 9:30 a.m. |

## NOTICE OF MOTION

Horace Fox, Jr. not individually but solely as the trustee for Jaroslaw Rozycki, through counsel, has filed a motion for leave for the entry of a supplemental order evidencing the allowance of compensation to SmithAmundsen LLC.

If you do not want the court to enter relief in accordance with the motion or if you want the court to consider your views on the motion, then you or your attorney must attend the **hearing** scheduled to be held on **December 30, 2009,** at **9:30 a.m**. in **Courtroom 744** of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604.


                                                      /s/ Bruce de'Medici


Bruce de'Medici
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
Tel: 312.894.3200

## CERTIFICATE OF SERVICE

  I, Bruce de'Medici, an attorney who is licensed to practice law in the State of Illinois, certify that on the 24th day of December, 2009, I caused to be served the foregoing NOTICE OF MOTION and attached MOTION FOR ENTRY OF SUPPLEMENTAL ORDER FOR COMPENSATION to be served upon all parties listed as Registrants through the Court's Electronic Notice for Registrants and upon the debtor by depositing a copy in an envelope bearing his address, as listed below, and First Class postage, and delivering it to the United States Postmaster.

   /s/ Bruce de'Medici

**Registrants Served through the Court's Electronic Notice for Registrants**.

Office of the United States Trustee
Email: USTPRegion11.es.ecf@usdoj.gov


Horace Fox
Lehman & Fox
Email: foxhorace@aol.com


**Mitchell A Cohen**
Email: lawmitch2@yahoo.com


**Parties Served by First Class mail**

Jaroslaw Rozycki
Post Office Box 283
Park Ridge, Illinois 60068-0283

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-62067 |
| | ) | |
| Jaroslaw Rozycki | ) | Chapter 7 |
|    Debtor | ) | |
| | ) | Hon. Eugene R. Wedoff |
| | | Hearing Date: 12/30/09 |
| | | At 9:30 a.m. |

### MOTION FOR LEAVE FOR THE ENTRY OF
### SUPPLEMENTAL ORDER FOR COMPENSATION

Horace Fox, Jr., not individually but solely as trustee for the estate of Jaroslaw Rozycki, through counsel of record, hereby submits this motion for leave for the entry of a supplemental order for allowance and payment of compensation to SmithAmundsen LLC, and states in support as follows:

1.　Jaroslaw Rozycki, debtor herein (the "Debtor"), commenced this case on October 16, 2005, by filing a petition for relief under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101, *et seq.* (the "Code").  The Office of the United States Trustee appointed Horace Fox, Jr. to administer the assets of the estate as the trustee (the "Trustee").

2.　On August 19, 2009, the Trustee filed his Amended Trustee's Final Report with this Court (Exhibit "A").  On or about August 21, 2009, the Clerk of the Court mailed The Notice of Amended Trustee's Final Report and Application for Compensation and Deadline to Object to creditors and parties in interest. (Exhibit "B").  The Amended Final Report and Notice of the Amended Final Report both disclosed the request of, *inter alia*, SmithAmundsen LLC for allowance and payment of compensation of $992.50.  No party objected to this request.

1

3. On September 24, 2009, this Court entered the order allowing compensation and costs to counsel for the Trustee that was attached to the Amended Final Report. (Exhibit "C"). At the hearing on the Amended Final Report, this Court allowed the compensation that the Trustee and his professionals requested and entered the draft order that was attached to the Amended Final Report. Through inadvertence, the draft order that was submitted to this Court did not specify the allowance of compensation to SmithAmundsen LLC. In light of this, SmithAmundsen LLC requests that this Court enter a supplemental order that evidences the award that this Court made at the hearing, in the form that SmithAmundsen LLC has attached to this motion. Upon resolution of this matter, the Trustee is ready to file a final account in this case.

WHEREFORE, Horace Fox, Jr., not individually but solely as trustee for the estate of Jaroslaw Rozycki, prays that this Court enter a supplemental order for the allowance and payment of compensation to SmithAmundsen LLC that this Court awarded at the hearing on the Final Report, and grant such further relief as is just.

Respectfully Submitted
Horace Fox, Jr., not individually but
solely as trustee for Jaroslaw Rozycki

By:    /s/ Bruce de'Medici
One of his attorneys

Bruce de'Medici    #6184818
SmithAmundsen LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601-7524
Tel: 312.894.3200

2

1