UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-62067 |
| | § | |
| JAROSLAW ROZYCKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $34,500.00 | Assets Exempt: | $11,150.00 |
| Total Distributions to Claimants: | $2,437.28 | Claims Discharged Without Payment: | $1,061,171.00 |
| Total Expenses of Administration: | $10,349.26 | | |

3) Total gross receipts of $20,286.54 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $7,500.00 (see **Exhibit 2),** yielded net receipts of $12,786.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $677,252.42 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $10,349.26 | $10,349.26 | $10,349.26 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $9,200.25 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $32,358.00 | $1,027,553.78 | $1,027,103.03 | $2,437.28 |
| **Total Disbursements** | $718,810.67 | $1,037,903.04 | $1,037,452.29 | $12,786.54 |

4). This case was originally filed under chapter 7 on 10/16/2005. The case was pending for 71 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2011           By:  /s/ Horace Fox, Jr.
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| residence 1915 S. Washington Park Ridge IL 60068 | 1110-000 | $10,000.00 |
| condominium at U>. Botaniczna 10/7 31503 Warsaw, P | 1210-000 | $10,000.00 |
| Interest Asset | 1270-000 | $286.54 |
| **TOTAL GROSS RECEIPTS** | | **$20,286.54** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Jaroslaw Rozycki | Exemptions | 8100-002 | $7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTMENT OF TREASURE - IRS | 4110-000 | $194,357.30 | NA | $0.00 | $0.00 |
| | WASHINGTON MUTUAL | 4110-000 | $482,895.12 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$677,252.42** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,028.65 | $2,028.65 | $2,028.65 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $15.93 | $15.93 | $15.93 |
| International Sureties, LTD. | 2300-000 | NA | $33.18 | $33.18 | $33.18 |
| Law offices of Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Mandell Menkes LLC, Attorney for Trustee | 3210-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Smith Amundsen | 3210-000 | NA | $992.50 | $992.50 | $992.50 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| LLC, Attorney for Trustee | | | | | |
| Mandell Menkes LLC, Attorney for Trustee | 3220-000 | NA | $32.00 | $32.00 | $32.00 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $1,247.00 | $1,247.00 | $1,247.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,349.26 | $10,349.26 | $10,349.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF LABOR | 5800-000 | $6,133.50 | NA | NA | $0.00 |
| | ILLINOIS DEPARTMENT OF LABOR | 5800-000 | $3,066.75 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,200.25 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lutheran General Hospital | 7100-000 | $5,053.00 | $5,052.91 | $5,052.91 | $12.00 |
| 2 | Kamerlink Stark McCormack & Powers | 7100-000 | NA | $6,073.75 | $6,073.75 | $14.41 |
| 3 | Paterkiewicz, Zenon | 7100-000 | NA | $1,000,000.00 | $1,000,000.00 | $2,373.05 |
| 5 | Indiana Carpenters APprenticeship FUnd and | 7100-000 | NA | $450.75 | $0.00 | $0.00 |
| 6 | Indiana Regional Counci of Carpenters Annuity FUnd | 7100-000 | NA | $2,431.50 | $2,431.50 | $5.77 |
| 7 | Indiana Regional Council of Carpenters PEnsion Tru | 7100-000 | NA | $7,635.26 | $7,635.26 | $18.12 |
| 8 | Indiana | 7100-000 | NA | $4,005.30 | $4,005.30 | $9.50 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Carpenters Welfare Fund | | | | | |
| 10 | Carpenters & Joiners of AMerica National Apprentic | 7200-000 | NA | $18.03 | $18.03 | $0.00 |
| 11 | Carpenters National Health & Safety Fund | 7200-000 | NA | $18.03 | $18.03 | $0.00 |
| | ASSOCIATED RADIOLOGISTS, LTD | 7100-000 | $758.00 | NA | NA | $0.00 |
| | CITY OF CHICAGO, A MUNICIPAL CORPORATIO | 7100-000 | $100.00 | NA | NA | $0.00 |
| | CITY OF PARK RIDGE | 7100-000 | $64.00 | NA | NA | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 4; Indiana Carpenters APprenticeship FUnd and) | 7100-001 | $0.00 | $450.75 | $450.75 | $1.07 |
| | Clerk, US Bankruptcy Court (Claim No. 9; Indiana Regional Council of Carpenters) | 7100-001 | $0.00 | $1,417.50 | $1,417.50 | $3.36 |
| | COMCAST | 7100-000 | $172.00 | NA | NA | $0.00 |
| | COMED | 7100-000 | $906.00 | NA | NA | $0.00 |
| | DOHERTY CONSTRUCTION, INC | 7100-000 | $24,777.00 | NA | NA | $0.00 |
| | DR. MALGORZATA KLEMPKA | 7100-000 | $435.00 | NA | NA | $0.00 |
| | MIDWEST DIAGNOSTIC PATHOLOGY | 7100-000 | $93.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $32,358.00 | $1,027,553.78 | $1,027,103.03 | $2,437.28 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 05-62067 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | | Date Filed (f) or Converted (c): | 10/16/2005 (f) |
| For the Period Ending: | 9/13/2011 | | | §341(a) Meeting Date: | 02/21/2006 |
| | | | | Claims Bar Date: | 07/25/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  residence  1915 S. Washington Park Ridge IL 60068 | $800,000.00 | $0.00 | | $10,000.00 | FA |
| **Asset Notes:** residence valued at $800,000. with liens of $648,000. and IRS and ILDR in excess of $194,000.  Residence is jointly owned. | | | | | |
| 2  cash | $250.00 | $0.00 | DA | $0.00 | FA |
| 3  deposits | $100.00 | $0.00 | DA | $0.00 | FA |
| 4  Household Goods | $2,000.00 | $350.00 | DA | $0.00 | FA |
| 5  b ooks | $200.00 | $0.00 | DA | $0.00 | FA |
| 6  clothing | $250.00 | $0.00 | DA | $0.00 | FA |
| 7  stock Jeremy Construction, Inc. | Unknown | $0.00 | DA | $0.00 | FA |
| 8  stock in Contruction Estimating Data | $500.00 | $500.00 | DA | $0.00 | FA |
| 9  1996 Chevy Corsica | $500.00 | $0.00 | DA | $0.00 | FA |
| 10  tools | $700.00 | $0.00 | DA | $0.00 | FA |
| 11  condominium at U>. Botaniczna 10/7 31503 Warsaw, P  (u) | $50,000.00 | $50,000.00 | | $10,000.00 | FA |
| **Asset Notes:** Debtor testified to the existence of the condo and later amended schedules to reflect it. | | | | | |
| 12  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| 13  mechanic's lien McDarrah v. Jeremy Rozycki and Eve  (u) | $30,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Amended schedule added 30,0000.00 mechanic's lien McDarrah v. Jeremy Rozycki and Eve Lipczynski. Debtor is not plaintiff therefore I value this claim at zero. | | | | | |
| INT  Interest Asset | Unknown | Unknown | | $286.54 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**
| | $884,500.00 | $50,850.00 | | $20,286.54 | $0.00 |

**Major Activities affecting case closing:**

Sold estate's interest in residence to spouse of debtor for $10,000.00 and am negotiating to sell estates interest in a Krakow Poland condominium. Hire attorney.  Sold estate's interest in the Krakow Poland property to debtor's spouse for 10,000.00.   Hire accounant.  Accountant hired, examine claims.

Object to or ask Thomas Moss, attorney to withdraw one of two duplicate $50.00 claims.

Object to claim 4 as dup of 5 and 10 as dup of 11.  Ask atty to withdraw duplicative claims.  Need fees BDM.  Examine claims.  No taxes needed.

Case 05-62067    Doc 77    Filed 09/14/11    Entered 09/14/11 16:10:09    Desc Main
Document      Page 7 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 05-62067 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | ROZYCKI, JAROSLAW | | | Date Filed (f) or Converted (c): | 10/16/2005 (f) |
| For the Period Ending: | 9/13/2011 | | | §341(a) Meeting Date: | 02/21/2006 |
| | | | | Claims Bar Date: | 07/25/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Filed the FR with the court.

Must amend order for Smith Amundsen. THat order was not signed. Those funds remain in the account.

Relative of deceased creditor, Zenon Paterkiewicz called saying the check could not be cashed, as creditor is deceased. UST ok to cut check to relative. Need to amend order on Smith Amundsen fees and get zero balance bank statement.

Check cut 1.2010 to relative of deceased creditor.

bankLast statement showed 4.43 balance. Reconcile

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2007 | **Current Projected Date Of Final Report (TFR):** | 07/30/2009 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******7370 | | | Money Market Acct #: | ******8291 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/16/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2006 | (1) | ATTY THOMAS J. KARACIC | sale of est. r/e int. to spouse/dtr | 1110-000 | $10,000.00 | | $10,000.00 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $3.00 | | $10,003.00 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.22 | | $10,011.22 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.51 | | $10,019.73 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.24 | | $10,027.97 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $8.51 | | $10,036.48 |
| 01/19/2007 | (11) | BRUCE DE"MEDICI | check for Krakow Poland condominium | 1210-000 | $10,000.00 | | $20,036.48 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $10.98 | | $20,047.46 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.38 | | $20,062.84 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.03 | | $20,079.87 |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $15.93 | $20,063.94 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.51 | | $20,080.45 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.05 | | $20,097.50 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.52 | | $20,114.02 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.08 | | $20,131.10 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.10 | | $20,148.20 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $12.83 | | $20,161.03 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $12.85 | | $20,173.88 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.51 | | $20,176.39 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $20,176.39 | $0.00 |

| | | | | **SUBTOTALS** | $20,192.32 | $20,192.32 | |

Page No: 1       Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******7370 | | Money Market Acct #: | ******8291 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $20,192.32 | $20,192.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $20,176.39 | |
| | | | Subtotal | | $20,192.32 | $15.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,192.32 | $15.93 | |

For the period of **10/16/2005** to **9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $20,192.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,192.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.93 |
| Total Internal/Transfer Disbursements: | $20,176.39 |

For the entire history of the account between **08/16/2006** to **9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $20,192.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,192.32 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.93 |
| Total Internal/Transfer Disbursements: | $20,176.39 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | | Checking Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******2067 | Transfer For Bond Payment | 9999-000 | $18.48 | | $18.48 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $18.48 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******2067 | Transfer For Bond Payment | 9999-000 | $14.70 | | $14.70 |
| 04/02/2009 | | Transfer From MMA # ******2067 | Transfer For Bond Payment | 9999-000 | $14.70 | | $29.40 |
| 04/02/2009 | | Transfer To Acct#******2067 | | 9999-000 | | $14.70 | $14.70 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.70 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($14.70) | $14.70 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.70 | $0.00 |
| 05/20/2009 | | Transfer From: MMA # ******2067 | Transfer to Close Account | 9999-000 | $20,237.96 | | $20,237.96 |
| 05/20/2009 | | Transfer To Acct#******2067 | | 9999-000 | | $0.53 | $20,237.43 |
| 08/10/2009 | 2004 | Jaroslaw Rozycki | Homestead exemption | 8100-002 | | $7,500.00 | $12,737.43 |
| 09/29/2009 | 2005 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,028.65 | $10,708.78 |
| 09/29/2009 | 2006 | Mandell Menkes LLC | Final Dividend: 23.55; Amount Allowed: 3,000.00; | 3210-000 | | $3,000.00 | $7,708.78 |
| 09/29/2009 | 2007 | Law offices of Bruce de 'Medici | Final Dividend: 23.55; Amount Allowed: 3,000.00; | 3210-000 | | $3,000.00 | $4,708.78 |
| 09/29/2009 | 2008 | Smith Amundsen LLC | Final Dividend: 7.79; Amount Allowed: 992.50; | 3210-000 | | $992.50 | $3,716.28 |
| 09/29/2009 | 2008 | VOID: Smith Amundsen LLC | | 3210-003 | | ($992.50) | $4,708.78 |
| 09/29/2009 | 2009 | Mandell Menkes LLC | Final Dividend: 0.25; Amount Allowed: 32.00; | 3220-000 | | $32.00 | $4,676.78 |
| 09/29/2009 | 2010 | Popowcer Katten, Ltd. | Final Dividend: 9.79; Amount Allowed: 1,247.00; | 3410-000 | | $1,247.00 | $3,429.78 |
| 09/29/2009 | 2011 | Lutheran General Hospital | Final Claim #: 1; Dividend: 0.09; Amount Allowed: 5,052.91; | 7100-000 | | $12.00 | $3,417.78 |
| 09/29/2009 | 2012 | Kamerlink Stark McCormack & Powers | Final Claim #: 2; Dividend: 0.11; Amount Allowed: 6,073.75; | 7100-000 | | $14.41 | $3,403.37 |
| 09/29/2009 | 2013 | Paterkiewicz, Zenon | Final Claim #: 3; Dividend: 18.63; Amount Allowed: 1,000,000.00; | 7100-000 | | $2,373.05 | $1,030.32 |
| 09/29/2009 | 2014 | Clerk, US Bankruptcy Court | Small Dividends, not cahsed by clerk. | * | | $4.43 | $1,025.89 |
| | | | Claim Amount    $(3.36) | 7100-000 | | | $1,025.89 |
| | | | Claim Amount    $(1.07) | 7100-001 | | | $1,025.89 |
| 09/29/2009 | 2015 | Indiana Regional Counci of Carpenters Annuity FUnd | Final Claim #: 6; Dividend: 0.04; Amount Allowed: 2,431.50; | 7100-000 | | $5.77 | $1,020.12 |
| | | | **SUBTOTALS** | | **$20,285.84** | **$19,265.72** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | | | Checking Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/16/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2009 | 2016 | Indiana Regional Council of Carpenters PEnsion Tru | Final Claim #: 7; Dividend: 0.14; Amount Allowed: 7,635.26; | 7100-000 | | $18.12 | $1,002.00 |
| 09/29/2009 | 2017 | Indiana Carpenters Welfare Fund | Final Claim #: 8; Dividend: 0.07; Amount Allowed: 4,005.30; | 7100-000 | | $9.50 | $992.50 |
| 10/27/2009 | 2011 | VOID: Lutheran General Hospital | Lutheran Genral check voided. | 7100-003 | | ($12.00) | $1,004.50 |
| 10/27/2009 | 2018 | Clerk Of the Bankruptcy Court | Final Claim #: 1; Dividend: 0.09; Amount Allowed: 5,052.91; | 7100-000 | | $12.00 | $992.50 |
| 11/16/2009 | 2013 | VOID: Paterkiewicz, Zenon | Check to creditor, who was deceased. Check voided and re written to representative of his estate, Jadwiga Banach | 7100-003 | | ($2,373.05) | $3,365.55 |
| 11/16/2009 | 2019 | Jadwiga Banach | Final Claim #: 3; Amount Allowed: 1,000,000.00; Administrator to Zenon Paterkiewicz Probate Estate.Jadwiga Banach. Approved by UST | 7100-000 | | $2,373.05 | $992.50 |
| 01/07/2010 | 2020 | Smith Amundsen LLC | Smith Amundsen fees. | 3210-000 | | $992.50 | $0.00 |
| 11/17/2010 | 2014 | STOP PAYMENT: Clerk, US Bankruptcy Court | Small Dividends | * | | ($4.43) | $4.43 |
| | | | Claim Amount $3.36 | 7100-004 | | | $4.43 |
| | | | Claim Amount $1.07 | 7100-004 | | | $4.43 |
| 11/17/2010 | 2021 | Clerk, US Bankruptcy Court | Small Dividends, to clerk of Bankruptcy Court. | * | | $4.43 | $0.00 |
| | | | Claim Amount $(3.36) | 7100-001 | | | $0.00 |
| | | | Claim Amount $(1.07) | 7100-001 | | | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $1,020.12 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | Checking Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/16/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $20,285.84 | $20,285.84 | $0.00 |
| | | | Less: Bank transfers/CDs | | $20,285.84 | $15.23 | |
| | | | **Subtotal** | | $0.00 | $20,270.61 | |
| | | | Less: Payments to debtors | | $0.00 | $7,500.00 | |
| | | | **Net** | | $0.00 | $12,770.61 | |

**For the period of 10/16/2005 to 9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,285.84 |
| | |
| Total Compensable Disbursements: | $12,770.61 |
| Total Non-Compensable Disbursements: | $7,500.00 |
| Total Comp/Non Comp Disbursements: | $20,270.61 |
| Total Internal/Transfer Disbursements: | $15.23 |

**For the entire history of the account between 03/31/2008 to 9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,285.84 |
| | |
| Total Compensable Disbursements: | $12,770.61 |
| Total Non-Compensable Disbursements: | $7,500.00 |
| Total Comp/Non Comp Disbursements: | $20,270.61 |
| Total Internal/Transfer Disbursements: | $15.23 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 05-62067 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | Money Market Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 10/16/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $20,176.39 | | $20,176.39 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $7.63 | | $20,184.02 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $10.29 | | $20,194.31 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $9.77 | | $20,204.08 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $8.00 | | $20,212.08 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $7.84 | | $20,219.92 |
| 04/02/2008 | | Transfer To # ******2067 | Transfer For Bond Payment | 9999-000 | | $18.48 | $20,201.44 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.62 | | $20,208.06 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $6.85 | | $20,214.91 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.63 | | $20,221.54 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.35 | | $20,227.89 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.14 | | $20,233.03 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.98 | | $20,238.01 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.93 | | $20,241.94 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.60 | | $20,244.54 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.16 | | $20,246.70 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.72 | | $20,248.42 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $20,249.97 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.33 | | $20,251.30 |
| 04/02/2009 | | Transfer From Acct#******2067 | | 9999-000 | $14.70 | | $20,266.00 |
| 04/02/2009 | | Transfer To # ******2067 | Transfer For Bond Payment | 9999-000 | | $14.70 | $20,251.30 |
| 04/02/2009 | | Transfer To # ******2067 | Transfer For Bond Payment | 9999-000 | | $14.70 | $20,236.60 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,237.43 |
| 05/20/2009 | (INT) | STERLING BANK | Account Closing Interest As Of 5/20/2009 | 1270-000 | $0.53 | | $20,237.96 |
| 05/20/2009 | | Transfer From Acct#******2067 | transfer from checking | 9999-000 | $0.53 | | $20,238.49 |
| 05/20/2009 | | DEP REVERSE: STERLING BANK | deposit reversal | 1270-000 | ($0.53) | | $20,237.96 |
| 05/20/2009 | | Transfer To: # ******2067 | Transfer to Close Account | 9999-000 | | $20,237.96 | $0.00 |

| | | | | **SUBTOTALS** | $20,285.84 | $20,285.84 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | | Money Market Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $20,285.84 | $20,285.84 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $20,191.62 | $20,285.84 | |
|  |  |  | **Subtotal** | | $94.22 | $0.00 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $94.22 | $0.00 | |

**For the period of 10/16/2005 to 9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $94.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $94.22 |
| Total Internal/Transfer Receipts: | $20,191.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $20,285.84 |

**For the entire history of the account between 11/08/2007 to 9/13/2011**

| | |
|---|---|
| Total Compensable Receipts: | $94.22 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $94.22 |
| Total Internal/Transfer Receipts: | $20,191.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $20,285.84 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-62067 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | ROZYCKI, JAROSLAW | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******7370 | | Money Market Acct #: | ******2067 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/16/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/13/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,286.54 | $20,286.54 | $0.00 |

| For the period of 10/16/2005 to 9/13/2011 | | For the entire history of the case between 10/16/2005 to 9/13/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,286.54 | Total Compensable Receipts: | $20,286.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,286.54 | Total Comp/Non Comp Receipts: | $20,286.54 |
| Total Internal/Transfer Receipts: | $40,477.46 | Total Internal/Transfer Receipts: | $40,477.46 |
| | | | |
| Total Compensable Disbursements: | $12,786.54 | Total Compensable Disbursements: | $12,786.54 |
| Total Non-Compensable Disbursements: | $7,500.00 | Total Non-Compensable Disbursements: | $7,500.00 |
| Total Comp/Non Comp Disbursements: | $20,286.54 | Total Comp/Non Comp Disbursements: | $20,286.54 |
| Total Internal/Transfer Disbursements: | $40,477.46 | Total Internal/Transfer Disbursements: | $40,477.46 |